IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE AMERICAN ADDICTION CENTERS, INC. DATA BREACH LITIGATION, | ) ) ) ) ) | NO. 3:24-cv-01505<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE HOLMES |

## ORDER

Before the Court is the Parties' joint motion to stay this action pending mediation scheduled for September 9, 2025. (Doc. No. 19).

For good cause shown, the motion is **GRANTED**. Accordingly, the initial case management conference scheduled for July 28, 2025, is **CANCELLED**, and this case is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending further order of the Court.

The Parties are ordered to advise the Court of the outcome of mediation on or before September 16, 2025. If the case is not resolved during the mediation, the Parties shall also file a motion to reschedule the initial case management conference by September 16, 2025.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE