# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re American Addiction Centers, Inc. Data Breach Litigation | Case No. 3:24-cv-01505<br><br>Chief Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## JOINT STATUS REPORT ON MEDIATION

Pursuant to the Court's June 2, 2025 order (Doc. No. 20), the Parties hereby submit the following joint status report:

1. The Parties mediated this matter on September 15, 2025 with Jill Sperber, Esq. serving as the mediator.

2. After a full day mediation, the Parties agreed upon a settlement in principle, to resolve all claims against the Defendant subject to agreement on the documentation thereof.

3. The Parties are diligently working to finalize the settlement documents including the settlement agreement with accompanying exhibits.

4. The parties will endeavor to submit a motion for preliminary approval by October 15, 2025, and they respectfully request that all other deadlines in connection with this matter remain stayed in the interim.

Dated:  September 16, 2025

Respectfully submitted,

s/J. Gerard Stranch, IV (by ASB with permission)
J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Class Counsel for Plaintiffs*

s/Alan S. Bean
Alan S. Bean (BPR 026194)
**STARNES DAVIS FLORIE LLP**
3000 Meridian Blvd., Suite 350
Franklin, TN 37067
Tel: (615)-905-7199
abean@starneslaw.com

*Attorneys for Defendant*

- 2 -
Case 3:24-cv-01505     Document 21     Filed 09/16/25     Page 2 of 2 PageID #: 190
3349360.1