# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE AMERICAN ADDICTION CENTERS, INC. DATA BREACH LITIGATION | Case No. 3:24-cv-01505<br><br>Chief Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs,[1] individually, and on behalf of others similarly situated, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), & (e), respectfully move for an order (1) conditionally certifying the proposed Settlement Class for the purpose of Settlement; (2) preliminarily approving the Settlement as within range of final approval; (3) appointing J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC as Class Counsel for Settlement purposes; (4) conditionally appointing Plaintiffs as Class Representatives; (5) approving the forms and substance of the Notices, Notice Program, Claim Form, and Claim Process; (6) approving the procedures for Settlement Class Members to opt-out of or object to the Settlement; (7) appointing Kroll as the Settlement Administrator and ordering it to implement the Notice Program; (8) staying the Action pending Final Approval of the Settlement; and (9) scheduling a Final Approval Hearing for a time and date mutually convenient for the Court, the Parties, Class Counsel, and Defendant's Counsel.

In support, Plaintiffs rely on the contemporaneously filed memorandum of points and authorities; the Declaration of J. Gerard Stranch, IV; and the proposed class wide Settlement Agreement, attached hereto as Exhibit A.

---

[1] All capitalized terms herein shall have the same meanings as those defined in Section II of the Settlement Agreement, attached as ***Exhibit A*** hereto ("SA").

1

Dated: November 21, 2025

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

***Interim Class Counsel***

## **CERTFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2025, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will then send notice to all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
