**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE AMERICAN ADDICTION CENTERS, INC. DATA BREACH LITIGATION,** | )<br>)<br>)<br>) | **NO. 3:24-cv-01505**<br><br>**JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE HOLMES** |

# ORDER

The Court has granted final approval of the class action settlement and entered final judgment in this case. (*See* Order, Doc., No. 40). Accordingly, the Clerk is directed to close the file. The Clerk shall also close the files of all consolidated cases. (*See* Doc. No. 16 for list of cases)).

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE